IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ALVIN LUCKETT**                                    3:16-cv-00943-SU

        **Plaintiff,**                      **ORDER**

v.

**PAM WRIGHT,**

        **Defendant.**

**BROWN, Judge.**

    Magistrate Judge Patricia Sullivan issued Findings and Recommendation (#5) on July 13, 2016, in which she recommends this Court deny Plaintiff's Motion (#2) for Writ of Replevin and dismiss this matter with prejudice.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  See *Dawson v. Marshall*,

1 - ORDER

561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Sullivan's Findings and Recommendation (#5). Accordingly, the Court **DENIES** Plaintiff's Motion (#2) for Writ of Replevin and **DISMISSES** this matter **with prejudice.** The Court further certifies that any appeal from this order would not be taken in good faith. See 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

IT IS SO ORDERED.

DATED this 9th day of August, 2016.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER